IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00793-PSF-MEH

JOHN NASIOUS,

    Applicant,

v.

DEPT. OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
DENVER DISTRICT,
JEFF COPP,
MICHAEL C. WHEELER, and
GEORGE W. BUSH, President of the United States,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2006.**

    Applicant's Motion concerning service of a summons and complaint in this matter [Filed August 31, 2006; Docket #21] is **denied** as moot.  Habeas corpus actions generally proceed under an Order to Show Cause, and the Order to Show Cause was issued in this case on August 21, 2006 (Docket #16).  Under the standard operating procedures of this Court, the Order to Show Cause has been served upon the Respondents by Certified Mail/Return Receipt Requested (Docket #16).