IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00793-PSF-MEH

JOHN NASIOUS,

    Applicant,

v.

DEPT. OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
DENVER DISTRICT,
JEFF COPP,
MICHAEL C. WHEELER, and
GEORGE W. BUSH, President of The United States,

    Respondents.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
DATED OCTOBER 16, 2006**

---

    This matter comes before the Court on the Recommendation of the Magistrate Judge, dated October 16, 2006 (Dkt. # 33).  No objection to the Recommendation has been filed, but on November 1, 2006, and on November 3, 2006, plaintiff filed identical motions that in part arguably seek an extension of time to file a possible objection (Dkt. ## 34 and 35, respectively).

    The Magistrate Judge recommends dismissal of applicant's *habeas corpus* application on the grounds that the application is rendered moot by the fact that the detainer issued by Department of Homeland Security has been withdrawn, and the respondents state that the applicant is in fact a United States citizen, so his request for such declaration is moot.  In addition, although the application requested damages

on the basis that the applicant's constitutional rights were violated, such relief is not available in a *habeas* proceeding such as this.

The Court agrees with the Recommendation of the Magistrate Judge, and for the reasons set forth therein accepts the Recommendation and ORDERS this case DISMISSED. Given this order, the applicant's motions (Dkt. ## 34 and 35) are DENIED as moot. Moreover, each motion is titled in its entirety: "MOTION NOTIFICATION OF ADDRESS CHANGE, MOTION NOTIFICATION OF TEMPORARY ADDRESS, DENVER COUNTY JAIL MOTION FOR EXTENSION OF TIME TO FILE RECON-SIDERATION FOR ANSWER OR DISMISSAL MOTION TO GRANT EQUAL ACCESS TO LAW LIBRARY FOR COPIES, AND MAILING AND RESEARCH." Given the clarity of the law on the issues addressed by the Magistrate Judge in his Recommendation and the uncertainty that the relief sought by defendant's motions would aid in the disposition of those underlying issues, the granting of these motions would result only in unnecessary delay.

DATED: November 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge